# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY WHITSITT, | Case No. CV 13-3024 MRW |
| Plaintiff, | |
| vs. | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED IN PART and VACATED in part. The matter is REMANDED to the Social Security Administration for further proceedings consistent with the Court's Order.

DATE: January 28, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE